IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARK E. HURST,**

        Plaintiff,

   vs.                                         Civil Action 2:11-CV-1090
                                                     Judge Smith
                                                     Magistrate Judge King

**OHIO DEPARTMENT OF REHABILITATION
AND CORRECTION,** *et al.*,

        Defendants.

## ORDER

On December 7, 2011, the United States Magistrate Judge recommended that the Ohio Department of Rehabilitation and Correction be dismissed as a defendant. *Report and Recommendation*, Doc. No. 6. Although plaintiff was advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so, there has been no objection.

The *Report and Recommendation,* Doc. No. 6, is **ADOPTED and AFFIRMED**. The Ohio Department of Rehabilitation and Correction is **DISMISSED** as a defendant in this action.

The action will proceed as against all other defendants.

                                            *s/George C. Smith*
                                        **George C. Smith, Judge
                                        United States District Court**