```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**MARK EDWARD HURST,**

       Plaintiff,

  vs.                              Civil Action 2:11-cv-1090
                                    Judge Smith
                                    Magistrate Judge King

**OHIO DEPARTMENT OF REHABILITATION
AND CORRECTION,** *et al.*,

       Defendants.

### OPINION AND ORDER

Upon unopposed motion and for good cause shown, plaintiff's *Motion for Leave to File Amended Complaint*, Doc. No. 58, is **GRANTED**. Plaintiff's motion indicates that it is intended to serve as an amended complaint. *See id*. at p. 3. The Clerk is therefore **DIRECTED** to remove Doc. No. 58 from the Court's pending motions list and to indicate on the docket that Doc. No. 58 is <u>both</u> an amended complaint and a motion to amend the complaint.

Plaintiff is **ADVISED** that he must submit copies of the amended complaint, summonses, and Marshal service forms for defendants John Gardner and Andrew Eddy, M.D. The fact that plaintiff was granted leave to proceed *in forma pauperis* does not entitle him to free copies of his filings. 28 U.S.C. § 1915. *See also Anderson v. Gillis*, 236 F. App'x 738, 739 (3rd Cir. 2007) (citing *Douglas v. Green*, 327 F.2d 661 (6th Cir. 1964)); *Thomas v. Croft*, No. 2:10-cv-74, 2010 WL 1629628, at *3 (S.D. Ohio Apr. 21, 2010).

**IT IS FURTHER ORDERED** that, if plaintiff submits copies of the amended complaint, summonses and Marshal service forms for each

defendant, the United States Marshal shall serve by certified mail upon defendants a copy of the amended complaint filed herein and a copy of this Order.

Each defendant is **ORDERED** to answer or otherwise respond to the amended complaint within forty-five (45) days after being served with a copy of the amended complaint and a summons.


April 23, 2013                                    *s/Norah McCann King*
                                                  Norah M$^c$Cann King
                                         United States Magistrate Judge