# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARK EDWARD HURST,**

      **Plaintiff,**

vs.                                                   Case No.: 2:11-cv-1090
                                                                         JUDGE SMITH
                                                                         Magistrate Judge King

**OHIO DEPARTMENT OF REHABILITATION**
**AND CORRECTION,** *et al.***,**

      **Defendants.**

## ORDER

On February 19, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion for Summary Judgment be denied and that Plaintiff's Motion to Compel is denied.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's Motions (Docs. 78 and 84) are **DENIED**.

      **IT IS SO ORDERED**.

                                                    */s/ George C. Smith*_____
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**