# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARK EDWARD HURST,**

    **Plaintiff,**

**vs.**                               Case No.: 2:11-cv-1090
                                            **JUDGE SMITH**
                                            **Magistrate Judge King**

**OHIO DEPARTMENT OF REHABILITATION**
**AND CORRECTION,** *et al.***,**

    **Defendants.**

## ORDER

On October 3, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion to Stay the Court's ruling on Plaintiff's Objections to the August 7, 2014 Report and Recommendation be denied.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's Motion to Stay (Doc. 117) is **DENIED**.

    **IT IS SO ORDERED**.

                                              */s/ George C. Smith*
                                              **GEORGE C. SMITH, JUDGE**
                                              **UNITED STATES DISTRICT COURT**